RECEIVED
IN LAKE CHARLES, LA.

AUG 3 1 2018

TONY R. MOORE, CLERK
BY ————————— DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANASTASIA SINEGAL | * | CIVIL ACTION NO: 2:18-CV-1143 |
| VERSUS | * | |
| Corporal Jackson | * | MAGISTRATE: |
| OFFICER EWING, LAKE CHARLES | * | |
| CITY POLICE DEPARTMENT AND | * | |
| GOLDEN NUGGET LAKE CHARLES, LLC | * | Jury Demand |
| Mallery Bellard Chief Don Dixon | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Anastasia Sinegal who respectfully submits the following:

1.

Made Petitioner herein is Anastasia Sinegal, an individual over the age of majority and a resident of Lafayette Parish, State of Louisiana.

2.

Made Defendants herein are:

(a)      Golden Nugget Lake Charles, LLC (hereinafter referred to as "Golden Nugget ") located in Jefferson Parish, Louisiana, which at all material times mentioned herein was the owner and operator of Golden Nugget Casino;

(b)      Mallory Ballard, an individual over the age of majority and believed to be a resident of Calcasieu Parish, State of Louisiana and an employee of Golden Nugget;

(c)      Officer Ewing, an individual who was/is still working as a security guard at Golden Nugget who is over the age of majority and assumed to be a resident of Calcasieu Parish, State of Louisiana; and,

(d)      Lake Charles City Police Department, a political subdivision of the Parish of Calcasieu, State of Louisiana, which is responsible for the hiring, training, supervision, discipline and control of the deputies as well as the supervision, administration, policies, practices, customs and operations of the office. The Lake Charles City Police Department is directly and vicariously liable for the actions complained of herein.

3.

Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1983, 1985, 1986 and 1988. This action is further instituted pursuant to the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. Supplemental jurisdiction is invoked as to matters cognizable under the Constitution and laws of the State of Louisiana, particularly, but not exclusively, to Louisiana Civil Code Articles 2315 and 2316.

4.

Venue of this action is proper in the Western District of Louisiana pursuant to 28 USC 1391 as all, or nearly all, of the named Defendants are domiciled in Lake Charles Parish, Louisiana within the Western District of Louisiana and all of the relevant events and damages occurred in the Western District of Louisiana.

5.

**On** August 31, 2017, Petitioner, Anastasia Sinegal, was at Golden Nugget I was a regular customer (Chairman) of Golden Nugget of Lake Charles, Louisiana.  After reporting cheating to Louisiana Gaming Malfunction twice on a particular machine I was told I was trespassing.  The Security Officer lied and said I was served trespassing papers the week before. I wanted to know why and what I had done. I thought filing out a form was protected by freedom of speech and they had forms and a gaming association for one of the reasons for occasions like this. I didn't  think a company that size would retaliate after targeting me on several occasions.  I am/were a patient with severe depression/bipolar with head concussion syndrome.

We agreed to call the police.  I thought they would come and put some clarity on the situation instead I was bum rushed/tackled to the ground and you can hear my cell phone drop because I was recording .  The other policeman stopped the recording and deleted it.  My daughter told me how to recover the video.  Two weeks later I lost consciousness on TCU Campus while visiting for Parent Meeting Committee.  I currently have worsen seizures, migraines, tinnitus, my left earlobe was slit open. right earlobe barely hanging,

.  Please help me get justice optic neuropathy(loss R peripheral vision), major depression, in pain, fibromyalgia flares from stress. embarrassment. feels like slavery days ( not able to go to a place).  I didn't cause a fight, I didn't cheat, steal, smoke marijuana in casino or get drunk. i  was discriminated against after losing thousands for others to get drunk and belligerent at me. LGA found some fault. i insisted the keep all video and surveillance and that all work be videoed and treated like a crime scene. I have emails, correspondences, few video's and pictures . On stand witness said I was banned due to reporting KILL YOURSELF......KILL YOURSELF NOW.....    I can no longer drive..going blind..all  worst brutality  is not outside. Bruises healed. vision and head trauma lifelong, seizures lifelong, migraines & tinnitus  don't know when it will stop. Permanent brain damage- loss optic neuropathy. Depression is rough!   I

I, Anastasia Sinegal, filed a complaint to the Louisiana Board Gaming Association (LBGA) about a Lighting Linking gaming machine and an employee at the Golden Nugget casino. I was retaliated against and ambushed on August 31˙ 2017 and September 1, 2017 by Mallorie (Security Night Supervisor) and 6 others in employee uniforms.

I could not imagine what I had done wrong. I don't drink alcohol, smoke cigarettes, or heavily engage with others. I and others reported a couple next to us smoking marijuana and nothing was done, nor was

anything done about the man I reported whom was trying to talk/rap to me while he was intoxicated.

I recall asking Mallory and others what was I being banned for, and Malorie said "We don't want your business." (For 6 months. What is that time frame supposed to established?). (Golden Nugget has participated in making me a gambling addict by consistenly sending flyers 4-6 days a week and email flyers 2-3 times a week. These flyers have rewards and constantly wanting to make an individual like myself an addict and it has work. To approach Ms. Sinegal with a concussed brain strike back as a defensive mechanism by wanting to know what I am being banned for. Mallorie refuses to say so along with approximately four other individuals. The Police arrive and instead of bring clarity to the situation it is immediately heightened . They assume Ms. Sinegal has already been served according to Mallorie Bellard and Officer Ewing grabs Anastasia's arm's from the front. Leading her to ask what it he doing?

While he cell phone drops to the ground because she was recording the incident. Corporal Jackson grabs the cell phone to the best of Mrs. Sinegal's knowledge stop's, erase and deletes the video. Officier Ewing is quickly cuffing Mrs Sinegal's hangs overly tightly leaving permanent scarring from handcuffs . He quickly pushes her hands backwards into her shoulder as she cries telling him she has a concussion, a frozen shoulder and back injury and just had procedure two days ago. That he is hurting her. A person's body with fibromyalgia is different than a regular person. An Officer needs to make sure a person has committed a crime

before making a person suffer more than their own body is putting them through.   It's no different that throwing punching at a six month old!!! Do not do it!!!!Please stop! She didn't do anything!! Please stop! He lifts her arms highter clips her feet and drops her onto the ground which her head hits the ground.   She yells , Her head and neck hurts.   Yells, Mallorie Please tell him I'm injured. Corporal Jackson continuously yelled in a military tone voice in my face like I was a dog.  And stared at me like he wanted me to say or do something so he could react.  After a while he would tell me not to turn my head and push my head into the ground several times. Officer Ewing  Would push my head More and show my shoulders up making it feel like child labor.  The more I cried from pain the worst they would maneuver my body.  They insisted I was lying . Golden Nugget Security told them don't worry she already has a charge for being banned from a casino and resisting arrest .  Those past charges was because I had a law suit because a lady put her bar stool behind my own and it made me fall over.   The resisting arrest was dropped because I proved the Lawyer was lying for my Daughter's father and a false claim was filed it is supposed to be dropped. I will

They all partaked and thought it was funny and laughed while I suffered. I was dragged outside. I was in fear for my life I was so afraid to get in that cop car.  I thought it was my last day on earth!. They Officers wer hitting me in stomach , shoving my body, my head, my neck but the kept stopping their body camera's.  They stopped their body camera's inside casino as well.  You know you's see me with my neck brace.   I said in fact their is one in my pocket. Mallorie; say's I dont know anything. There will be more elaborate detail's. She saw me walk in 30 minutes prior losing $300.  Why let me in and get comfortable?

At the time I was livid and could not understand why I was being banned.  The only thing was reporting at machine and the fact that Keith Green said they (Mallory's shift) were going to be in trouble for not shutting the machine off in late August right after I was banned.

ON July, 28 is when Kill Yourself!     Kill Yourself Now!  appeared on my computer screen. I yelled for others to look.  As the second one appeared I jumped up and turned and there was a soft ware technician sta freaked out. My thoughts, they wanted my business to chairperson when kill yourself appeared with software tech behind me problem happened. His eyes opened widely and he looked surprised to see me looking at him.  It was not different that whites only water fountain and colored here. I felt if I were a billionaire club patron that I would not be subject to this, let alone what I previously went through in April. Whether this technician was seeking revenge or cheating, I don't know. I do know it is illegal to tamper with a reel or slot machine or to taunt at a customer. He attended a Flo rida concert with his nephew I played slots and we had a hotel room. Mallory had to fill out paperwork for the lightning link machine.  Keith Green was very upset because my statement requested the machine be turned off until LGBC came to check it.  Otherwise, after five spins your lose the information.   I had short video. The machine was left on. When Keith Green found out on the later date of discovery which was two days prior to me being

ambushed by seven Security Officers stating" I was no longer wanted there". I was confused was Mallorie the culprit of not wanting me there or who didn't want me there and for what? We are both disputing and I say call the police and she says I'm calling the police. I say call the news station. My goal is to find out why am I being banned. To me to ban me after filing a paper about a machine broken or guy cheating is retaliation. The law protects against violence or patron don't want to pay there bill or beligerent. But I was minding my business as always. Officer Ewing and Corporal Jackson came

nd on my back with the same words typed into in computer tablet. I

freaked out. My thoughts, they wanted my business to chairperson when

kill yourself appeared with software tech behind me problem happened.

His eyes opened widely and he looked surprised to see me looking at

him. It was not different that whites only water fountain and colored

here. I felt if I were a billionaire club patron that I would not be subject

to this, let alone what I previously went through in April. Whether this

technician was seeking revenge or cheating, I don't know. I do know it

is illegal to tamper with a reel or slot machine or to taunt at a customer.

He attended a Flo rida concert with his nephew I played slots and we

had a hotel room. Mallory had to fill out paperwork for the lightning link

machine. Keith Green was very upset because my statement requested

the machine be turned off until LGBC came to check it. Otherwise,

after five spins your lose the information.    I had short video. The machine was left on. When Keith Green found out on the later date of discovery which was two days prior to me being ambushed by seven Security Officers stating" I was no longer wanted there".  I was confused

was Mallorie the culprit of not wanting me there or who didn't want me there and for what? We are both disputing and I say call the police and she says I'm calling the police.  I say call the news station. My goal is to find out why am I being banned. To me to ban me after filing a paper about a machine broken or guy cheating is retaliation.  The law protects against violence or patron don't want to pay there bill or beligerent. But I was minding my business as always. Officer Ewing and Corporal Jackson came

This occurred in Retrospect. We'll in criminal court hearing you will hear Security Officier #        (Last One) state that I Anastasia Sinegal was banned due to the Kill yourself ....... Kill Yourself Now!!!  On behalf of myself and pending legal appointee....I request that all video surveillance be held for future preservation.  I request that all Officers who worked this case whether it be saidth State Troopers or Police Offi and slot machine while in play during Kill Yourself and Kill Yourself Now be left as evidence and in full preservation for this case.  I intend

on serving and suing Mallory Bellard, Sheriff of Lake Charles, Police Department of Lake Charles Louisiana, Officer Ewing, Corporal Jackson and the Golden Nugget, LLC.  I pray that no one has to suffer at the hands of these people ever again. I pray that the jury punishes them for the mental and emotional abuse that they have caused me.  It is unfair with what I have to live with.  Trigiminal Neuralgia, sometimes I think death would have been better. I pray that the court realizes the victim living in a live coffin (there own body) is worst that family losing cers that there body camera's be held in full preservation and storage

them.  They are the victims.  Reward them!  Sometimes family is no where around while we live this shell of a life.  Because we are no longer the life of the party!  I pray that no victim has to go through.  The Gaming Association said there was a problem with the game itself and Aristocrat and that game needed to be sent back.  There were three of that game and only the first one game that type of trouble.

My husband and I visited Golden Nugget for his Birthday.  I was severely ill with a bad pinch nerve on the left side which had me walking completely bend over to the left he

gambled and only wanted to be treated fair, not bullied, not singled out,

not interrogated about personal information then retaliated by Malorie then lied about being served with trespass papers a week before which led to being beaten by police. Hwy didn't the casino VP send a letter at my home? Attacking me on the casino floor then taunting me saying they can get away with it because of previous arrests and laughing about

it is ridiculous for grown adults. Then, they watched the police viciously

attack me, and my phone fell to the ground. While the officer is

attacking and cuffing me, he also stopped and deleted the video from my

phone. Officer _____ (Blk) yells forcefully like I was a dog while

officer _____ (white) bangs my head into the floor as I beg him not to.

I tried explaining to him that I have a concussion, back, and neck injury.

I cried, "Please Malorie, tell him!" She said, "I don't know anything." I

cried, "Malorie, you know and you've been seeing me with a neck

brace…" as tears are streaming down my face. He pushes my shoulders

my home? Attacking me on the casino floor then taunting me saying

push my head into the floor back and forth which further injured my neck and shoulder along with my back. I had bruises along my body. The depression was unmeasureable.  I am a molesation victim since 4yo. I don't take easy to being a victim  and I refuse to be anyone elses victim

after being one for 14 years. I need a lot of therapy  because this messed up my mind . I'm very fragile mentally.  I trust no one. They took the therapy I had done away.  When it was over, I had to go to the ER. The next day was the first day over the course of the next month that my body was stiff. (See damages below) Two weeks later I had a seizure and lossed consciousness. Currently, I suffer from seizures, migraines, trigeminal neuralgia, optic neuropathy, and loss of peripheral vision. I no longer have a driver's license, and my memory has been impaired.

So, I sat down to play the Horse Lightening Links game which faces the wall closest to the elevators going to the hotels. There was only one set of lightening link games at the time. I noticed that I wasn't able to use my slot points and was about to go to the Player's club area to resolve and drop the guy's wallet off because he never returned (the guy before me had lost his wallet). He dropped the wallet on the floor, and I held onto it in case he returned. I thought for sure he would return because you cannot do anything in a casino without any money. He was also a regular at the lightening link game. He did not come so I gave it to Malorie. She then approached me along with 6-7 other security officers.

"What are you doing here?" she said. "What do you mean?" I said. She replied, "You are evicted, and you are not supposed to be here!" I replied to, "I don't know what you are talking about? You saw me walk in. Why did you not say something before I put $300 into this machine30 minutes ago. I want my money back. Y'all need to give me my money back if you are going to kick me out!" The Asian man with her replied, "We are not giving you anything. You need to go!" I replied, "Why? Tell me what I did, and I'll leave. Why didn't y'all send me papers in the mail? I drove an hour to get here. This is so unprofessional." Malorie walked away and returned with papers. She said, "Cash your ticket out. I need to meet with you in the back." I asked her, "Why? Who is we?" She replied, "We." The Asian man who was with her said, "You heard. Get your stuff and let's go." I said, "What am

I being banned for?" She said, "You are trespassing." I said, "Wait a minute. You got in trouble about that machine I reported and requested to be turned off, so that LGBA could look at it, so it would not be re-written over the new play." Keith Green said, "the person that didn't turn it off on August 11, 2017 (Husband's birthday) would be in trouble." I believe that since Malorie was working that night it fell on her and from there after she wanted to retaliate against me because I requested for the machine to be turned off and it wasn't turned off. Keith Green pulled the paper work and verified that it was written on the paper work to turn the machine off. It showed that Mallorie was not doing her job. I felt that she was retaliating against me.

In addition to the night of August 11, 2017, while filing the report, Mallorie asked me personal questions and my husband got upset because he couldn't understand what it had to do with the machine. He felt that she was prying into our personal life. After we filed the report, I went back to playing on a different machine since I asked them to turn the machine that I was previously on off.

This all happened after the kill yourself and kill yourself now message reported in July when I caught a computer software tech writing on a tablet behind my back. Keith Green investigated the machine and said, "the machine had kill something…" I said, "as state police handled the evidence, it should all be videoed." Keith stated they called aristocrat (the people who manufacture the machine). The problem is the software technician was writing kill yourself now when I turned around because I was shocked to see that on my screen. Keith Green said on the phone, "There

30 minutes ago. I want my money back. Y'all need to give me my money back if you are going to kick me out!" The Asian man with her replied, "We are not giving you anything. You need to go!" I replied, "Why? Tell me what I did, and I'll leave. Why didn't y'all send me papers in the mail? I drove an hour to get here. This is so

unprofessional." Malorie walked away and returned with papers. She said, "Cash your ticket out. I need to meet with you in the back." I asked her, "Why? Who is we?" She replied, "We." The Asian man who was with her said, "You heard. Get your stuff and let's go." I said, "What am I being banned for?" She said, "You are trespassing." I said, "Wait a minute. You got in trouble about that machine I reported and requested to be turned off, so that LGBA could look at it, so it would not be re-written over the new play." Keith Green said, "the person that didn't turn it off on August 11, 2017 (Husband's birthday) would be in trouble." I believe that since Malorie was working that night it fell on her and from there after she wanted to retaliate against me because I requested for the machine to be turned off and it wasn't turned off. Keith Green pulled the paper work and verified that it was written on the paper work to turn the machine off. It showed that Mallorie was not doing her job. I felt that she was retaliating against me.

In addition to the night of August 11, 2017, while filing the report, Mallorie asked me personal questions and my husband got upset because he couldn't understand what it had to do with the machine. He felt that she was prying into our personal life.  After we filed the report, I went back to playing on a different machine since I asked them to turn the machine that I was previously on off.

This all happened after the kill yourself and kill yourself now message reported in July when I caught a computer software tech writing on a tablet behind my back. Keith Green investigated the machine and said, "the machine had kill something…" I said, "as state police handled the evidence, it should all be videoed." Keith stated they called aristocrat (the people who manufacture the machine). The problem is the software technician was writing kill yourself now when I turned around because I was shocked to see that on my screen. Keith Green said on the phone,

"On Saturday, April 8th, 2017, I visited the Golden Nugget in Lake Charles, Louisiana.  I arrived there at approximately 10:30 pm. Upon my arrival at Valet Services, I was searching for my Players Card in my purse.  My purse is narrow and I knew it was at the bottom and it took

me a while to find my player's card.  Therefore, when I turned around I saw a line of cars in valet waiting because of me.  I spoke to Valet attendant as he was standing outside my vehicle. I told him I didn't know where I had placed ticket and could see I was holding up line. I asked as he also stated you can just show your driver's license when you pick up your car. I said, great!

Upon departure I was denied my rights with my vehicle and targeted by saying I was there with another man and I wasn't with my husband and my husband would have to come at 3:00am to collect our car. I was yelled at by Security. Patrons were saying I was stealing a car. Just bad business.  They check my car and my ticket was on front seat just as I told them might be.

Petitioner was in immense pain and recommended treatment from the hospital. She had a massive migraine headache.  When the Ambulance arrived the first thing that was said to her was , "You have mental illness , right". She politely refused their service .  It is then she relied on her faith to get her home and to a hospital.  She had been through worst and her strength and faith would carry her through. Mrs. Sinegal has serious repercussions as a result of Golden Nugget and Lake Charles Police Department and other entities actions.

6.

After the incident, Petitioner was then transported by Lake Charles Police to _Police Station_ and later received treatment for her injuries from _Lafayette_ Hospital in _Lafayette_, Louisiana.

7.

Officer Ewing and the Lake Charles City Police Department are liable to Petitioner for the following non-exclusive list of negligent, intentional and otherwise culpable acts:

a.   Engaging in conduct which violated, and otherwise exhibited a reckless and callous disregard to, Petitioner's legally protected constitutional and statutory rights;

b.   Using brutal and unnecessary force and restraint in a situation under circumstances not requiring such force and restraint;

c.   Conspiring to cause and in fact causing an assault and battery to be made on Petitioner, Anastasia Sinegal;

d.   Effecting a brutal, false and warrantless arrest when probable cause for arrest was lacking;

e.   Effecting a false imprisonment and causing Petitioner to suffer a significant injury;

f.   Exhibiting a deliberate indifference to Petitioner's medical needs;

g.   Conspiring to and in fact covering up the facts and circumstances surrounding the beating, false arrest and false imprisonment of Petitioner;

h.    Negligently or intentionally causing Petitioner to be publically humiliated without cause or justification; and,

i.    Failing to prevent the beating, false and warrantless arrest and false imprisonment of Petitioner.

8.

Defendants, Golden Nugget and employees of the Golden Nugget, is liable to Petitioner for the following non-exclusive list of negligent, intentional and otherwise culpable acts:

a.    Did then and presently still has a custom, policy, practice, and procedure of negligently and inadequately hiring, training, testing, supervising and retaining security guards;

b.    Were negligent in their failure to adequately train, supervise and discipline their security guards;

c.    Condoned, ratified, approved and/or otherwise acquiesced in the beating, false and warrantless arrest, and false imprisonment of Petitioner;

d.    Conspired to and did in fact cover up the facts and circumstances that surrounded the beating and false and warrantless arrest of Petitioner;

e.    Are liable for the actions of defendant, Officer Ewing under the principle of *respondent superior*;

f.    Failed to prevent the beating, false and warrantless arrest of Petitioner, Anastasia Sinegal;

g.        Had notice of a pattern of unconstitutional acts committed by subordinates, demonstrated deliberate indifference and failed to take remedial action and,

h.        Failed to adequately screen the background of Officer Ewing prior to hiring.

9.

Defendants are liable to Petitioner under Louisiana Civil Code article 2315 for the tortious conduct inflicted upon Petitioner by the Golden Nugget Casino and its employees.

10.

As a result of the foregoing acts, Petitioner, Anastasia Sinegal, sustained injuries to

and other injuries to her body, mind and psyche, which exist now and/or may manifest prior to trial.

11.

As a result of her injuries, Petitioner, Anastasia Sinegal has required and continues to require medical care and treatment and has incurred expenses for the same.

12.

As a result of the injuries described above, Petitioner, Anastasia Sinegal, has experienced physical pain and suffering, physical limitations and disability, mental anguish and emotional distress.

13.

Petitioner, Anastasia Sinegal, itemizes her damages as follows:

I.          Medical expenses (Past, present and future);

II.         Physical pain and suffering (Past, present and future);

III.        Loss of enjoyment of life(Past, present and future);

IV.        Emotional distress (Past, present and future);

V.         Mental anguish (Past, present and future), and

VI.        Disabilities.

14.

At the time of the incident Mallory Ballard was an employee of Golden Nugget  casino acting in the course and scope of his employment.  As such, Golden Nugget  is liable for the acts and omissions of its employees pursuant to the doctrine of *Respondeat Superior*.

15.

Through these acts and/or omissions, defendants violated 42 U.S.C. §§ 1983, 1985 and 1986, as well as the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

16.

Defendants are additionally liable to Petitioners pursuant to Louisiana law, including, but not limited to the Louisiana Civil Code Articles 2315 and 2316, through the commission of negligence, assault, battery, murder, and the negligent and intentional infliction of emotional distress.

17.

Pursuant to 42 USC 1998, Plaintiff is entitled to reasonable attorney's fees and costs for the prosecution of this action.

WHEREFORE, Petitioner prays that a certified copy of this lawsuit be served upon Defendants, who be cited to appear and answer same, and after legal delays and due proceedings are had, there be judgment herein in favor of Petitioner, Anastasia Sinegal and against Defendants, Officer Ewing, The Lake Charles City Police Department and the Golden Nugget Lake Charles, LLC, jointly, severally and *in solido*, for all legally authorized and allowable damages in the premises, plus all costs of these proceedings including expert witness fees, with legal interest on all amounts due from the date of judicial demand until paid; Petitioners further pray for all general and equitable relief.

Respectfully submitted by:

*Anastasia Sinegal*

Anastasia Sinegal
Pro Se Litigant
103 Jackie Circle
Lafayette, LA 70506
337-654-0868
Corporal Jackson

**PLEASE SERVE:**

**Golden Nugget Lake Charles, LLC**
**Through its Registered Agent for Service of Process,**
**CT Corporation**
**5615 Corporate Blvd., Ste. 400B**
**Baton Rouge, LA 70808**

**Mallory Ballard** (aka) mallorie, malorie)

**and**

**Lake Charles City Police Department**

**and**

**Officer Ewing**
**Through the Lake Charles City Police Department**

Chief Don Dixon