UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANASTASIA SINEGAL | : | DOCKET NO. 2:18-cv-1143 |
| VERSUS | : | JUDGE SUMMERHAYS |
| LAKE CHARLES POLICE DEP'T, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 16] of the Magistrate Judge previously filed herein, a *de novo* determination of the issues, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Golden Nugget defendants' Motion to Dismiss [doc. 7] be **GRANTED** and that all claims against defendants Mallory Bellard and Golden Nugget, LLC be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 12(c). It is further **ORDERED** that the municipal defendants' Motion to Dismiss [doc. 12] be **GRANTED IN PART** and **DENIED IN PART**, with all claims against the Lake Charles Police Department and Chief of Police Don Dixon, as well as all claims against defendants Jackson and Ewing with the exception of the § 1983 excessive force claims and the assault and battery claims brought under Louisiana tort law, **DISMISSED WITH PREJUDICE** under Rule 12(c).

**THUS DONE AND SIGNED** in Chambers this 24th day of January, 2019.

ROBERT R SUMMERHAYS
UNITED STATES DISTRICT JUDGE